IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:08CR289 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JEROME W. OSBERGER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's Motion for Disclosure, Filing No. 74. Disclosures must be provided pursuant to Fed. R. Evid. 404(b), which provides that "the prosecution in a criminal case shall provide reasonable notice in advance of trial, or during trial if the court excuses pretrial notice on good cause shown, of the general nature of any such evidence it intends to introduce at trial." The court finds that the government must comply with Fed. R. Evid. 404(b) if it has not already done so.

The defendant has also filed a number of Motions in Limine. The court has carefully reviewed the Motions in Limine, Filing Nos. 62, 64, 66, 68, 70, and 72, and has determined they shall be argued at the pretrial hearing prior to trial.

THEREFORE, IT IS ORDERED that the defendant's Motion for Disclosure, Filing No. 74, is granted to the extent that the government must comply with Fed. R. Evid. 404(b) if it has not already done so.

DATED this 23rd day of March, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge