IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:08CR289 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JEROME W. OSBERGER, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that a hearing regarding defendant's Motion for Release from Custody, Filing No. 110, and Motion for a New Trial, Filing No. 111, is scheduled before the undersigned on **April 30, 2009, at 10:00 a.m.,** Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant must be present for this hearing.

DATED this 15th day of April, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge