# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 8:08CR289 |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| JEROME W. OSBERGER. ) | |
| Defendant. ) | |

This matter came on for hearing on June 11, 2009, upon the receipt of Cashier's Check #4216651330 by the Clerk of the District Court for the District of Nebraska in the amount of $387,400.00 for payment of restitution in case 8:08CR289. It is ordered that the Clerk of the District Court deposit the check, and hold the funds in an interest bearing account until the Judgment in the Criminal Case is filed, or until further Ordered by the Court regarding disposition of the funds.

DATED this 11 day of June, 2009.

BY THE COURT:

*[signature]*
JOSEPH F. BATAILLON
U.S. District Court Judge

Approved as to form and content:

*[signature]*
Chad J. Wythers
Attorney at Law