IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,
       PLAINTIFF,

       V.

JEROME OSBERGER,
       DEFENDANT.

8:08CR289

ORDER

The defendant was previously ordered by the Court to pay restitution in the amount of $387,400.00 to HMA Financial Services and Jim Shirato. Prior to sentencing the defendant tendered an official check in the amount of $387,400.00 to the Clerk of the Court. By Order dated June 11, 2009, (filing number 119), the Court directed the Clerk to deposit the check in an interest bearing account until the Judgment in a Criminal Case was filed or until a further Order of the Court was issued. At the defendant's sentencing on July 9, 2009, the Court Ordered the government to provide a proposed order regarding the disbursement of funds.

On August 10, 2009, the matter came on for hearing and the Court heard evidence and argument concerning the apparent source of funds used to pay restitution. Being duly advised, the Court finds that the funds currently being held by the Clerk should be disbursed according to the directions in the Judgment in a Criminal Case.

It is hereby Ordered that the Clerk shall disburse the funds being held to the following persons and entities and in the amounts specified:

| Name of Payee | Amount |
|---|---|
| HMA Financial Services<br>13735 Riverport Drive<br>Maryland Heights, MO 63179 | $367,000.00 |
| Jim Shirato<br>Springfield, MO 65810 | $20,400.00 |
| Total | $387,400.00 |

Dated this 10th day of August, 2009.

_____
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE