IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:08CR289 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JEROME W. OSBERGER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court following notice from the Clerk of Court that interest remains in this account pursuant to Filing No. 119. Accordingly, the court will award interest to Jim Shirato in the amount of $1.16; interest to HMA Financial Services in the amount of $20.79; and authorize the Clerk of Court to withhold $2.45 for the registry fee.

THEREFORE, IT IS ORDERED that Clerk of Court shall pay interest to Jim Shirato in the amount of $1.16; interest to HMA Financial Services in the amount of $20.79; and the Clerk of Court shall withhold $2.45 for the registry fee.

DATED this 20th day of August, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge