IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:08CR289 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JEROME W. OSBERGER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on attorney Steven E. Achelpohl's motion to withdraw as counsel, Filing No. 154. The court is advised that the defendant is represented by different counsel in the appeal pending at the Eighth Circuit Court of Appeals. Accordingly, the court find the motion should be granted.

IT IS ORDERED that Steven E. Achelpohl's motion to withdraw as counsel (Filing No. 154) is granted.

DATED this 30th day of September, 2009.

BY THE COURT:


s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE